**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NDC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Marilou Cayabyab<br>Debtor(s) | Case No.: 11−50004 ASW 13<br>Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO COMPLY

**Notice is given** the debtor(s) having failed to comply with this court's order filed on 01/04/2011 , it is ordered that this case is hereby **dismissed**.

Dated: 1/20/11

By the Court:

Arthur S. Weissbrodt
United States Bankruptcy Judge